# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST RUN STUDENT HOUSING ASSOCIATES, LLC, CAMPUS VIEW JMU, LLC. and MT. TABOR VILLAGE, LLC<br>Plaintiffs,<br><br>v<br><br>HUNTINGTON NATIONAL BANK,<br>Defendant. | 2:12-cv-76 |

## ORDER OF COURT

Pending before the Court is DEFENDANT HUNTINGTON NATIONAL BANK'S FIRST MOTION TO COMPEL PLAINTIFFS' ANSWERS TO ITS FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS (ECF No. 39). Plaintiffs, Campus View JMU, LLC and Mt. Tabor Village, LLC, have filed a Response (ECF No. 40), in which they indicate that that the answers and responsive documents were served concurrently with the filing of their Response. Accepting as true Plaintiffs' representation that they have served Defendant with responses to its discovery requests, Defendant's motion to compel is **DENIED** as moot.

**SO ORDERED** this 31st day of October, 2013.

BY THE COURT:

s/Terrence F. McVerry
United States District Judge

cc: **Robert O. Lampl, Esquire**
Email: rol@lampllaw.com

**Peter S. Russ, Esquire**
Email: peter.russ@bipc.com
**Kathleen J. Goldman, Esquire**
Email: kathleen.goldman@bipc.com

**Renee M. Schwerdt, Esquire**
Email: renee.schwerdt@bipc.com